UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.:   19-33198-JKS

Chapter:   7

**McCoy, Brandy Renee**

Judge:   John K. Sherwood

**Debtor(s).**

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
| --- | --- |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on February 18, 2020 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D.  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

  **654 East 33rd St., Paterson, NJ 07513**
  $170,000

**Liens on property**:

  $164,834.25

**Amount of equity claimed as exempt:**

  $5,165.75

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-33198-JKS
Brandy Renee McCoy                                                  Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                Page 1 of 1         Date Rcvd: Jan 21, 2020
                               Form ID: pdf905            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db              +Brandy Renee McCoy,    376 East 33rd Street,    Paterson, NJ 07504-1605
518618533       +CITI CARDS/CITIBANK,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
518618534       +H&E TELEPHONE FCU,    218 ROUTE 17 NORTH,    ROCHELLE PARK, NJ 07662-3337
518618536       +KEITH R ESPOSITO, ESQ.,    LYONS DOUGHTY & VELDHUIS,    136 GAITHER DRIVE, SUITE 100,
                  MT LAUREL, NJ 08054-2239
518618529       +PNC BANK,   PO BOX 1820,    DAYTON, OH 45401-1820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 22 2020 00:33:11     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 22 2020 00:33:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 00:37:29
                  Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518618531       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2020 00:38:29       CAPITAL ONE BANK,
                  PO BOX 6492,    CAROL STREAM, IL 60197-6492
518618530       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 22 2020 00:33:23
                  HYUNDAI MOTOR FINANCE,    PO BOX 650805,    DALLAS, TX 75265-0805
518618535       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 00:38:29     PAYPAL CREDIT,    PO BOX 965064,
                  ORLANDO, FL 32896-5064
518618532       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 00:36:47     SYNCB/LOWES,    PO BOX 965005,
                  ORLANDO, FL 32896-5005
518620266       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 00:37:29     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald V. Biase     dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Jack   Cilingiryan    on behalf of Debtor Brandy Renee McCoy hjclawyer@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```